IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| EDWARD MARION JONES, # 899539 | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-03-426 |
| | § | |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR OF TDCJ-CID | § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on August 1, 2006. Petitioner has filed his Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Edward Marion Jones (Instrument No. 10) is **DISMISSED**.

**DONE** at Galveston, Texas this 31st day of August, 2006.

Samuel B. Kent
United States District Judge