IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| EDWARD MARION JONES, # 899539 | § |
| | § |
| v. | §   CIVIL ACTION NO. G-03-426 |
| | § |
| NATHANIEL QUARTERMAN, | § |
| DIRECTOR OF TDCJ-CID | § |

# **FINAL JUDGMENT**

    For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

    **THIS IS A FINAL JUDGMENT**.

    **DONE** at Galveston, Texas this 31st day of August, 2006.

_____
Samuel B. Kent
United States District Judge